|  | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>**DEC 07 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia   DEPUTY CLERK** |

| In re:<br>Ye Hyung Choi and<br>Jong Nim Choi<br><br>Heide Kurtz, | CHAPTER: | 11 |
|---|---|---|
| | CASE NO.: | LA -09-31252SB |
| Debtor(s). | DATE:<br>TIME: | December 17, 2009<br>10:00 am |
| Trustee. | CTRM:<br>FLOOR: | 1575<br>15th |

### ORDER FOR APPEARANCE OF DECLARANTS TO TESTIFY
### AND NOTICE OF HEARING DATE AND TIME CHANGE
### (MOVANT:  Luxmana, LLC)

Pursuant to Local Rule 9013-1(a)(13)(A), the parties to the pending relief from stay motion in this case are ordered to bring to court each declarant for whom a declaration has been submitted, for the purpose of presenting testimony to support the declaration. Movant is further ordered to bring to court the loan servicing agreement (if any is applicable), the original promissory note, and a joinder in the motion by the holder of the note (if not already a party).

Notice is hereby given that the hearing for motion for relief from the automatic stay scheduled for December 15, 2009 will now be heard on December 17, 2009 at 10:00 a.m.

###

DATED: December 7, 2009

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER FOR APPEARANCE OF DECLARANTS TO TESTIFY AND NOTICE OF HEARING DATE AND TIME CHANGE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of November 25, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Steven A. Schwaber, Esq.            schwaberlaw@sbcglobal.net
Paul V. Reza, Esq.                  pvr@apcx.net
United States Trustee               ustpregion16.la.ecf@usdoj.gov
Russell Clementson, Esq.            russell.clementson@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Ye Hyung Choi
5125 Harold Way
#307
Los Angeles, California 90027

Jong Nim Choi
4784 Bonvue Avenue
Los Angeles, California 90027

Thomas Suh, Esq.
601 South Figueroa Street
Suite 405
Los Angeles, California 90017

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):