## United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE TO CREDITORS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:** | **BANKRUPTCY NO.**  2:09–bk–31252–SB |
| Ye Hyung Choi | **CHAPTER**  11 |
| **SSN:** xxx–xx–9294 | |
| **EIN:** N/A | |
| Jong Nim Choi | |
| **SSN:** xxx–xx–8149 | |
| 5125 Harold way #307 | |
| Los Angeles, Ca 90027 | |

The Chapter 11 Status Conference currently scheduled for 2/3/2010 has been RESCHEDULED TO

3/10/2010 at 11:00 AM in courtroom 1575, 15th floor of the Federal Roybal Building

U.S. Bankruptcy Court, located at 255 E. Temple Street, Los Angeles CA 90012.

Dated: January 27, 2010

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form not rev. 5/96) VAN–99

**46 / ELG**