FILED OCT 19 2010

ENTERED OCT 22 2010

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YE HYUNG CHOI and
JONG NIM CHOI,

          Debtors.

Case No. 2:09-bk-31252-PC

Chapter 7

ORDER DENYING DEBTOR'S MOTION FOR RELIEF FROM ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7, OR ALTERNATIVELY, FOR AN ORDER RECONVERTING THE CASE TO CHAPTER 11

Date:  October 19, 2010
Time:  9:30 a.m.
Place: United States Bankruptcy Court
       Courtroom # 1539
       255 East Temple Street
       Los Angeles, CA 90012

On the above captioned date and time, the court considered the motion of Debtor, Jong Nim Choi for relief from order converting case to one under chapter 7, or alternatively, for an order reconverting the case to chapter 11 ("Motion"). Appearances were entered on the record. Having considered the pleadings, evidentiary record, and argument of counsel, and based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to F.R.CIv.P. 52(a), as incorporated into FRBP 7052 and applied to contested matters by FRBP 9014(c), it is

ORDERED that the Debtor's Motion is denied.

Dated: October 19, 2010

PETER H. CARROLL
United States Bankruptcy Judge

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __ORDER DENYING DEBTOR'S MOTION FOR RELIEF FROM ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7 OR ALTERNATIVELY FOR AN ORDER RECONVERTING THE CASE TO CHAPTER 11__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __10/19/2010__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Russell Clementson    russell.clementson@usdoj.gov
- Joon M Khang    joon@khanglaw.com
- Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
- Paul V Reza    pvr@apcx.net, giosolis@ymail.com
- Steven A Schwaber    schwaberlaw@sbcglobal.net, bklawr@bklaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Ye Hyung Choi**
5125 Harold way #307
Los Angeles, Ca 90027

**Jong Nim Choi**
4784 Bonvue Ave
Los Angeles, CA 90027

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**Thomas Suh**
601 S Figueroa St Ste 4025
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1