```
Steven A. Schwaber, SBN 43678
Law Offices of Steven A. Schwaber
2600 Mission Street, Suite 100
San Marino, California 91108

Telephone:  (626) 403-5600
Facsimile:  (626) 403-4691


Attorneys for Debtor Jong Nim Choi
```



**FILED & ENTERED**

**AUG 08 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY huerta    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br><br><br>YE HYUNG CHOI and<br>JONG NIM CHOI<br><br><br><br><br><br>Debtors<br>_____ | Case No. 2:09-bk-31252-PC<br><br>Chapter 7<br><br>ORDER GRANTING *EX PARTE* MOTION TO REOPEN CASE TO ENFORCE DEBTOR'S DISCHARGE<br><br>Date: [NO HEARING SET]<br>Time:<br>Place: Courtroom 1539<br>255 E. Temple St., 15th Floor<br>Los Angeles, CA 90012 |

    The Debtor's *EX PARTE* MOTION TO REOPEN CASE TO ENFORCE DEBTOR'S DISCHARGE having come before this court *ex parte* without hearing, and the Court having read and considered said motion, and good cause therefore appearing,

IT IS HEREBY ORDERED that said motion is GRANTED, and the Clerk is ordered to reopen this case for the purposed of the Debtor taking appropriate action to enforce her rights pursuant to the Discharge of Debtor previously granted in this case.

###

DATED: August 8, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ___ORDER GRANTING *EX PARTE* MOTION TO REOPEN CASE TO ENFORCE DEBTOR'S DISCHARGE___ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____ July 27, 2011 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Russell Clementson    russell.clementson@usdoj.gov
Joon M Khang    joon@khanglaw.com
Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
Paul V Reza    pvr@apcx.net, giosolis@ymail.com
Steven A Schwaber    schwaberlaw@sbcglobal.net, bklawr@bklaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
David Marh    marhlaw@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page